1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN 212970
   LAW OFFICES OF LYNN HUBBARD, III
3  12 WILLIAMSBURG LANE
4  CHICO, CA 95926
   Telephone:  (530) 895-3252
5  Fax:  (530) 894-8244
6
7  Attorneys for Plaintiff
8
9                    UNITED STATES DISTRICT COURT
10
11               EASTERN DISTRICT OF CALIFORNIA
12  SHERIE WHITE,                        Case No. CIV.S. 04-1448 LKK CMK
13
14       Plaintiff,
15  v.
16
17  M.K. & a., LLC DBA CASA RAMOS;        **ORDER FOR DISMISSAL**
    MARCO A. RAMOS, TRUSTEE OF 2001
18  MARCO RAMOS REVOCABLE  TRUST,
19  et al.,
20
         Defendants.
21  _____/
22
23                        **ORDER**
24
25       IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S
     04-1448 LKK CMK, is hereby dismissed with prejudice.
26
27  Dated:  May 26, 2005          /s/Lawrence K. Karlton
                                  United States District Court Judge
28